# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00805-CR

**Kendrick Tyrone Hester, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY, NO. FR80766, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kendrick Tyrone Hester seeks to appeal a judgment of conviction for Burglary of Habitation. *See* Tex. Penal Code § 30.02(c)(2). The trial court has certified that this is a plea-bargain case and Hester has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed: January 8, 2025

Do Not Publish